Agüeros, Demandante y Apelante, v. Sanjurjo et al.,
Demandados y Apelados.

Apelación procedente de la Corte de Distrito de San Juan,
Sección Primera, en pleito de daños y perjuicios.

No. 2502.—Resuelto en julio 15, 1922, por los fundamentos del caso No. 1509,
*Agüeros* v. *Sanjurjo,* de julio 15, 1922.

Abogados del apelante: *Sres. Soto Gras y Siaca.*

Abogados de los apelados: *Sres. E. Acuña, J. Texidor
y E. H. F. Dottin.*

*Confirmada en parte.*

Jueces concurrentes: Sres. Presidente del Toro y Aso-
ciados Wolf, Aldrey y Hutchison.